460 A.2d 849

Commonwealth v. Jeffers, Appellant.
Petition for Allowance of Appeal
Denied Aug. 23, 1983.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.